# Court of Appeals
# of the State of Georgia

ATLANTA,  January 27, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0085.  IN THE INTEREST OF J. S., A CHILD (MOTHER)**

Appellant's motion to dismiss her appeal was previously returned to the Appellant.  However, the Court will exercise its discretion to construe the motion as a motion for permission to withdraw an appeal made under Court of Appeals Rule 41(g), which we hereby GRANT .



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  01/27/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*  *, Clerk.*